

## UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

### MEMORANDUM

**DATE:** February 4, 2009

**TO:** Honorable Frederic Block
Senior United States District Judge

**RE:** Erik Erazo
Docket # 07-CR-00827
Request Modification of Release Conditions

---

The above named defendant is pending sentence before Your Honor in reference to a guilty plea entered on November 4, 2008, for Conspiracy to Import Narcotics.

On October 16, 2007, this defendant appeared before the Honorable Judge Steven M. Gold for an initial appearance and a permanent order of detention was entered. On November 6, 2007, the defendant appeared before U.S. Magistrate Judge Cheryl L. Pollak for a Bond Hearing. The defense attorney presented a bail package that was opposed by AUSA Patricia Notopoulos. The Court ruled that an insufficient bail package was presented and ordered the defendant to remain in custody.

On December 21, 2007, the defendant appeared before U.S. Magistrate Judge Roanne L. Mann for a Bail Hearing. The defendant was released on a $600,000 secured bond with the following conditions:

1) Report to Pretrial Services as directed;
2) Travel restricted to the EDNY and New Jersey & Pennsylvania (NJ & PA added via Order dated 12/5/08);
3) Surrender passport and do not apply;
4) Subject to random drug testing, evaluations, and/or treatment;
5) Subject to random home and employment contacts.

At this time we are writing to inform the Court that the defendant reported to Senior US Probation Officer Michelle Espinoza for the purpose of conducting a pre-sentence report. He advised her that he was having suicidal thoughts. In light of this information, Pretrial Services respectfully requests that the defendant's release conditions be modified to include mental health evaluation and/or treatment. This modification will ensure that Pretrial Services will safely continue to monitor the defendant and assure that the defendant's mental health issues are properly addressed.

Pretrial Services has informed AUSA Patricia Notopoulos and she does not object to the intended modification. A voice mail was left with the defendant's attorney, Paul Testaverde, advising him of the proposed modification. For Your Honor's convenience, we have attached a proposed order modifying the defendant's release conditions. We will continue to monitor the defendant and report any further issues that may arise to the Court.

Should Your Honor have any questions or concerns, please contact Jeannine Quijije at (718)613-2247.

Prepared by: _Slaundol Morue, for_      Approved by: _Andrew Prozeller_
Jeannine Quijije                                     Andrew Prozeller
U.S. Pretrial Services Officer                  Supervising Pretrial Services Officer

IT IS THE ORDER OF THE COURT THAT:

☑      The defendant's conditions of release be modified to include a mental health evaluation and/or treatment as deemed necessary by Pretrial Services.

☐      No action with regard to the defendant's condition of release is to take place at this time.

☐      Other: _____

                      _____

                      _____

SO ORDERED,

s/FB

Honorable Frederic Block
Senior United States District Judge

Jul. 27, 2009

Date

cc:     Patricia Notopoulos, AUSA
       Paul Testaverde, Defense Counsel